ment of conviction of the County Court of Kings County affirmed by default.

---

PEOPLE v. BROOKLYN BANK IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Proceeding by the People of the State of New York against the Brooklyn Bank in the City of New York.

PER CURIAM. Order affirmed, without costs, with leave to the petitioner to apply to this court for a reargument of the application heretofore made for a modification of the decree herein, if he be so advised. See, also, 64 Misc. Rep. 538, 118 N. Y. Supp. 722; 146 App. Div. 897, 131 N. Y. Supp. 1133.

BETTS, J., not sitting.

---

PEOPLE, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Proceeding by the People of the State of New York against William M. Carter. G. G. Battle, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. COCUZZO, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against Rose Cocuzzo. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

---

PEOPLE, Respondent, v. DE JESU, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Proceeding by the People of the State of New York against Philomeno De Jesu. No opinion. Judgment of conviction of the Court of Special Sessions affirmed. See, also, 137 N. Y. Supp. 1133.

---

PEOPLE, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Proceeding by the People of the State of New York against Rebecca Frank. C. E. Le Barbier, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and orders affirmed. Order filed.

---

PEOPLE v. GLADMAN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against George J. Gladman. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE v. GOLDMAN. SAME v. GORMLEY. SAME v. HEIN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceedings by the People of the State of New York against Louis Goldman, against Terence Gormley, and against Edward Hein. No opinions. Motions granted. Orders filed.

---

PEOPLE v. GUITON et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Proceeding by the People of the State of New York against John J. Guiton and another. No opinion. Motion denied. See, also, 137 N. Y. Supp. 600.

---

PEOPLE v. JAGLOWSKY. SAME v. NOBLETT. SAME v. RUFFIAN. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceedings by the People against Benjamin Jaglowsky, against E. Arden Noblett, and against Eugene Ruffian. No opinion. Motions granted, unless appellants comply with terms stated in order. Order filed.

---

PEOPLE, Respondent, v. KARPEL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against David Karpel. No opinion. Motion granted. See, also, 138 N. Y. Supp. 1134.

---

PEOPLE, Respondent, v. KARPEL, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Proceeding by the People of the State of New York against David Karpel. No opinion. Motion for reargument granted, and hearing set down for Monday, December 9, 1912. See also, 138 N. Y. Supp. 1134.

---

PEOPLE v. KEMPNER et al. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Louis Kempner and others. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed.

---

PEOPLE v. KLEIN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Frank Klein. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. KRAMER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Pro-